

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00266-CR

**ALEC NAVA,**

                                             **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                             **Appellee**

---

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2017-2080-C2

---

## A B A T E M E N T   O R D E R

---

On January 3, 2019, Alex Nava's retained counsel filed a brief pursuant to *Anders v. California* and a motion to withdraw stating that after "a professional evaluation of the record in this case and a thorough review of applicable law, [counsel] has reached the conclusion that there are no arguable grounds to be advanced to support an appeal and the appeal is frivolous under the standards applied in *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed. 2d 493 (1967)." On June 5, 2019, this Court entered an Order

allowing Nava's retained counsel to withdraw. The Order required Nava within 30 days from the date of the Order to 1) retain new counsel, 2) take other action showing his desire to pursue his appeal, including but not limited to requesting the appointment of another attorney if he cannot afford one, or 3) notify this Court that he no longer desires to pursue his appeal.

On June 12, 2019, Nava notified this Court that he wants to continue his appeal and that he would like appointed counsel. We abate this appeal to the trial court to hold a hearing within 30 days of the date of this Order to determine whether Nava is entitled to receive a court-appointed attorney, and if so, to appoint new counsel on appeal. The supplemental clerk's and reporter's records, if any, are ordered to be filed within 45 days of the date of this Order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Appeal abated
Order issued and filed July 9, 2019
Do not publish
[RWR]

